**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Elegant Custom Homes, Inc., | No. CV 06-2574-PHX-DGC |
| Debtor. | **ORDER** |
| Elegant Custom Homes, Inc., *et al*., | |
| Appellants, | |
| vs. | |
| Elaine M. Dusharm, | |
| Appellee. | |

Appellants have filed a motion for stay of judgment pending appeal. Dkt. #18. The Court has reviewed the memoranda filed by the parties. Dkt. ##18, 29, 31. The Court will deny the motion.

The Bankruptcy Court entered judgment in favor of Appellee on October 6, 2006. Dkt. #18 at 3. The Court affirmed the judgment of the Bankruptcy Court on May 14, 2007. Dkt. #14. Appellants have sought review in the Ninth Circuit Court of Appeals (Dkt. #23) and seek to stay judgment against them pending this appeal. Dkt. #18.

Appellee responds that an identical motion to stay is pending before Bankruptcy Judge Redfield T. Baum. Dkt. #29 at 1. On March 1, 2007, Judge Baum conditionally granted the motion to stay, but has not yet ruled on which party's proposed order to accept. *Id*. at 4. In reply, "Appellants concur that the identical Motion is still currently pending before Redfield

1 T. Baum in the United States Bankruptcy Court for the District of Arizona and he should
2 resolve this motion before it is presented to this court." Dkt. #31.

3       The motion before Judge Baum is consistent with Federal Rule of Bankruptcy
4 Procedure 8005, which provides: "A motion for stay of the judgment, order, or decree of a
5 bankruptcy judge, for approval of a supersedeas bond, or for other relief pending appeal must
6 ordinarily be presented to the bankruptcy judge in the first instance." Additionally, because
7 the Bankruptcy Court was the trial court in this matter, resolution by the Bankruptcy Court
8 is consistent with the general notion that "[w]hile the power to stay enforcement of a
9 judgment resides in the appellate courts as well as the trial courts, it is usually exercised by
10 the trial court." *In re Wymer*, 5 B.R. 802, 807 (B.A.P. 9th Cir. 1980). The Court will deny
11 the motion.

12       **IT IS ORDERED** that Appellant's motion to stay judgment (Dkt. #18) is **denied**.
13       DATED this 5th day of July, 2007.

                                      */s/ Daniel G. Campbell*
                          David G. Campbell
                          United States District Judge